**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1910**

---

ERNEST A. LARCH,

Plaintiff - Appellant,

versus

GEORGE GINTOLI; RUSSEL HUGES; BRENDA
YOUNG-RICE; SOUTH CAROLINA DEPARTMENT OF
MENTAL HEALTH,

Defendants - Appellees.

---

**No. 04-1911**

---

PAUL NEWMAN ALLEN,

Plaintiff - Appellant,

versus

GEORGE GINTOLI; RUSSEL HUGES; BRENDA
YOUNG-RICE; SOUTH CAROLINA DEPARTMENT OF
MENTAL HEALTH,

Defendants - Appellees.

---

**No. 04-1912**

---

BENNY BARFIELD,

Plaintiff - Appellant,

versus

GEORGE GINTOLI; RUSSEL HUGES; BRENDA
YOUNG-RICE; SOUTH CAROLINA DEPARTMENT OF
MENTAL HEALTH,

                                    Defendants - Appellees.

_____

**No. 04-1913**

_____

ALVIN R. WILSON,

                                    Plaintiff - Appellant,

        versus

GEORGE GINTOLI; RUSSEL HUGES; BRENDA
YOUNG-RICE; SOUTH CAROLINA DEPARTMENT OF
MENTAL HEALTH,

                                    Defendants - Appellees.

_____

**No. 04-1914**

_____

JAMES HUGHES,

                                    Plaintiff - Appellant,

        versus

GEORGE GINTOLI; RUSSEL HUGES; BRENDA
YOUNG-RICE; SOUTH CAROLINA DEPARTMENT OF
MENTAL HEALTH,

                                    Defendants - Appellees.

---

**No. 04-1915**

---

RUFUS L. BELDING,

                                        Plaintiff - Appellant,

        versus

GEORGE GINTOLI; RUSSEL HUGES; BRENDA YOUNG-RICE; SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH,

                                        Defendants - Appellees.

---

**No. 04-1916**

---

JAMES ROBERT BENNINGTON,

                                        Plaintiff - Appellant,

        versus

GEORGE GINTOLI; RUSSEL HUGES; BRENDA YOUNG-RICE; SOUTH CAROLINA DEPARTMENT OF MENTAL HEALTH,

                                        Defendants - Appellees.

---

**No. 04-1917**

---

JOHN F. KENNEDY,

                                        Plaintiff - Appellant,

        versus

- 3 -

GEORGE GINTOLI; RUSSEL HUGES; BRENDA
YOUNG-RICE; SOUTH CAROLINA DEPARTMENT OF
MENTAL HEALTH,

                                    Defendants - Appellees.

                    _____

                         **No. 04-1918**

                    _____


JIMMY WORTHAM,

                                    Plaintiff - Appellant,

          versus


GEORGE GINTOLI; RUSSEL HUGES; BRENDA
YOUNG-RICE; SOUTH CAROLINA DEPARTMENT OF
MENTAL HEALTH,

                                    Defendants - Appellees.

                    _____

Appeals from the United States District Court for the District of
South Carolina, at Anderson.  Bruce H. Hendricks, Magistrate Judge.
(CA-04-1962-22BI-8; CA-04-1957-22BI-8; CA-04-1958-22BI-8; CA-04-
1959-22BI-8; CA-04-1961-22BI-8; CA-04-1955-22BI-8; CA-04-1956-22BI-
8; CA-04-1776-22BI-8; CA-04-1964-22BI-8)

                    _____

Submitted:  September 9, 2004     Decided:  September 14, 2004

                    _____

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

                    _____

Dismissed by unpublished per curiam opinion.

                    _____

Ernest A. Larch, Paul Newman Allen, Benny Barfield, Alvin R.
Wilson, James Hughes, Rufus L. Belding, James Robert Bennington,
John F. Kennedy, Jimmy Wortham, Appellants Pro Se.

                    _____

                            - 4 -

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Ernest A. Larch, Paul Newman Allen, Benny Barfield, Alvin R. Wilson, James Hughes, Rufus L. Belding, James Robert Bennington, John F. Kennedy, and Jimmy Wortham appeal a district court order denying their motions to join as plaintiffs in another lawsuit. We dismiss all the appeals for lack of jurisdiction because the order is interlocutory and not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order appealed here is neither final nor an appealable interlocutory or collateral order.

We therefore dismiss the appeals as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 6 -